STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. PHYLLIS ROSAY, DEFENDANT-PETITIONER.

*Mr. Alfred G. Osterweil* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the respondent.

July 8, 1968. Denied.

TODD SHIPYARDS CORPORATION, PLAINTIFF-RESPONDENT, v. CITY OF HOBOKEN, RESPONDENT-PETITIONER, AND DIVISION OF TAX APPEALS, RESPONDENT.

*Mr. Herbert H. Fine* for the petitioner.

*Messrs. O'Mara, Schumann, Davis & Hession* for the respondent.

July 8, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD E. BRITTINGHAM, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. Vincent Panaro* and *Mr. Giacomo G. Rosati* for the respondent.

July 8, 1968. Denied.